UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JERMAINE SMITH,

    Plaintiff,

v.                                      Case No.: 5:23-cv-00571-JSM-PRL

SSS DOWN TO EARTH OPCO, LLC,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant SSS Down to Earth OPCO, LLC makes the following disclosure(s).

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Jermaine Smith, Plaintiff

    b. Gregory A. Owens, Counsel for Plaintiff

    c. Wolfgang M. Florin, Counsel for Plaintiff

    d. Florin Gray Bouzas Owens, LLC

    e. SSS Down to Earth OPCO, LLC, Defendant

    f. Seasons Service Select, LLC (parent)

    g. Safeguard Associates, LLC (parent)

    h. **SCG Partners, LLC (parent)**

    i. **League Park SC, LLC (parent)**

    j. **Grant D. Petersen, Esq. of Ogletree Deakins Nash Smoak Stewart, P.C., Attorneys for Defendant**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor or members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Jermaine Smith, Plaintiff, though denied by Defendant that Plaintiff is entitled to any recovery.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 1, 2023            Respectfully submitted,

                                           */s/ Grant D. Petersen*
                                           Grant D. Petersen
                                           Florida Bar Number: 378682
                                           OGLETREE, DEAKINS, NASH, SMOAK
                                           & STEWART, P.C.
                                           100 North Tampa Street, Suite 3600
                                           Tampa, Florida 33602
                                           Telephone: 813.289.1247
                                           Facsimile: 813.289.6530
                                           grant.petersen@ogletree.com
                                           *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

*/s/ Grant D. Petersen*
Attorney